UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RASHETA BUNTING, Individually and as the
representative of a class of similarly situated persons,

               Case No.  20-cv-6304

      Plaintiff,

      - against -

               **NOTICE OF SETTLEMENT**

BLISSY LLC,

      Defendant.
-------------------------------------------------------------X

      Now comes the Plaintiff, Rasheta Bunting, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

      1.  The parties have reached an agreement and a settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, Plaintiff will submit a Notice of Voluntary Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

      2.  The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

      3.  We respectfully request the Court provide that the parties may seek to reopen the matter in forty-five (45) days to assure that the terms of the Agreement have been satisfied.

Dated: Scarsdale, New York
       February 8, 2021

                                      SHAKED LAW GOUP, P.C.
                                      Attorneys for Plaintiff

                                      By: */s/Dan Shaked*
                                       Dan Shaked (DS-3331)
                                       14 Harwood Court, Suite 415
                                       Scarsdale, NY 10583
                                       Tel. (917) 373-9128
                                       e-mail: ShakedLawGroup@Gmail.com